# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KENNETH HOLMES,

                Petitioner

          v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PA.,

                Respondent

: No. 116 EM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.